IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.          No. 97-10026-02-JTM

ERIC D. PEARSON,
    Defendant.

## MEMORANDUM AND ORDER

The Clerk of the Court has removed previously-imposed restrictions on access to the Instructions (Dkt. 166), and this document may now be acceessed and freely used and cited by any person. Accordingly, the government's Motion to Unseal (Dkt. 333) the document is denied as moot.

IT IS SO ORDERED this day of March, 2020.

*J. Thomas Marten*
J. Thomas Marten, Judge

si